**No. 49280.**—Protest 107198–K of Yardley & Co., Ltd. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that these plaques are similar in all respects to the articles involved in Abstract 48890, which record was incorporated herein. The claim at 45 percent under paragraph 397 was therefore sustained.